JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| N.V.E., Inc. | John P. Acunto, Jr., John Cammarano, AdSouth Partners, Inc., |

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Palm Beach
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

David A. Carter, Esq., David A. Carter, P.A., One Lincoln Place, 1900 Glades Road, Suite 401, Boca Raton, FL 33431. (561)750-6999

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE   ☐ MONROE   ☐ BROWARD   ☑ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

☑ 3   Federal Question (U.S. Government Not a Party)

☐ 2   U.S. Government Defendant

☐ 4   Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** ☐ 362 Personal Injury - Med. Malpractice ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 690 Other **LABOR** | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Re-filed- (see VI below)   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO      b) Related Cases ☐ YES ☐ NO

JUDGE                                   DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

Registration of Foreign Judgment

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

_David A. Carter_

DATE
May 5, 2010

FOR OFFICE USE ONLY

AMOUNT _____   RECEIPT # _____   IFP _____

AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| N.V.E., INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 05-35692 NW |
| ADSOUTH PARTNERS, INC., et al | ) | |
| *Defendant* | ) | |
| | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*      04/21/2009      .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: *March 8, 2010*

*James J. Waldron*
CLERK OF COURT

*Sandra Madison*
Signature of Clerk or Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on
**4/21/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| In Re:   N.V.E. Inc. | Case No.: 06-16186 |
| | Hearing Date: n/a |
| N.V.E. Inc.<br><br>Plaintiff(s)<br>v.<br><br>AdSouth Partners, Inc., John Cammarano,<br>Nelson Paraiso,  John P. Acunto, Jr.,<br>Jeffrey Hall and Anton Lee Wingeier and<br>John and Jane Does 1 through to.<br><br>Defendant(s) | Adv. No.:   06-1807 06-1880<br><br>Judge:    Novalyn Winfield |

## ORDER

The relief set forth on the following pages, numbered two (2) through _____3_____ is
hereby **ORDERED**.

.......

**DATED: 4/21/2009**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**BROWN MOSKOWITZ & KALLEN, P.C.**<br>**75 Main Street, Suite 203**<br>**Millburn, New Jersey 07041**<br>**(973) 376-0909**<br>**Kenneth L. Moskowitz (KM 0990)** | |
| In Re:<br><br>N.V.E., Inc.,<br>a/k/a NVE Pharmaceuticals<br>a/k/a NVE, Inc.<br>a/k/a NVE Pharmaceuticals, Inc.<br>a/k/a NVE Enterprises and<br>a/k/a NVE Enterprises, Inc.<br><br>Debtor. | Case No. 05-35692<br><br>Judge: Novalyn L. Winfield<br><br>Chapter 11 |
| N.V.E., Inc.,<br><br>Plaintiff,<br>vs.<br><br>AdSOUTH PARTNERS, INC., JOHN P. ACUNTO, JR., JOHN CAMMARANO, NELSON PARAISO, JEFFREY HALL and ANTON LEE WINGEIER, and JOHN AND JANE DOES 1 through 10.<br><br>Defendants. | Adv. Proc. No. 06-1807 |

**ORDER GRANTING REQUEST OF PLAINTIFF N.V.E., INC. FOR ENTRY OF A FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANTS ADSOUTH PARTNERS, INC., JOHN P. ACUNTO AND JOHN CAMMARANO**

THIS MATTER having been brought before the Court upon the request of N.V.E., Inc. ("NVE"), by and through its attorneys, Brown Moskowitz & Kallen, P.C., for entry of an Order, pursuant to Fed. R. Civ. P. 55, made applicable herein by Fed. R. Bankr. P. 7055, granting NVE a Final Judgment by Default against defendants, AdSouth Partners, Inc. ("AdSouth"), John P. Acunto ("Acunto"), and John Cammarano ("Cammarano"), jointly and severally;, and a Default having previously been entered defendants Cammarano and AdSouth on or about June 19, 2007,

1

*Approved by Judge Novalyn L. Winfield April 21, 2009*

and against defendant Acunto on January 9, 2008; and the Court having considered the facts set forth in the proofs submitted by NVE in support of its motion, namely the Certifications, with exhibits, of Erling Jensen ("Jensen Cert."), Kenneth L. Moskowitz ("Moskowitz Cert.") and John McTigue ("McTigue Cert."), as well as the Declaration of Nelson Paraiso ("Paraiso Decl."), and plaintiff's Second Amended Complaint; and good cause having been shown, it is hereby ordered, adjudged and decreed as follows:

1.    Final Judgment against defendant AdSouth Partners, Inc. be and the same is hereby entered on Counts XI, XII, and XIII of plaintiff's Second Amended Complaint.

2.    Final Judgment against defendant John Acunto be and the same is hereby entered on Counts I and II of plaintiff's Second Amended Complaint.

3.    Final Judgment against defendant John Cammarano be and the same is hereby entered on Counts III and IV of plaintiff's Second Amended Complaint.

4.    Final Judgment is hereby awarded in favor of plaintiff and against defendants AdSouth, Acunto and Cammarano, jointly and severally, in the principal amount of $3,490,028.28. plus pre-judgment interests and costs of suit.

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Dated:

*Approved by Judge Novalyn L. Winfield April 21, 2009*

# United States Bankruptcy Court

## District of New Jersey

In re

N.V.E., Inc. v. Adsouth Partners, et al                Bankruptcy Case No.   05-35692 Adv. 09-0197ᵍ

Debtor

## EXEMPLIFICATION CERTIFICATE

I, James J. Waldron , clerk of the bankruptcy court for this district and keeper of the records and seal of the court certify that the documents attached are true copies of Final Judgment by Default against AB South Partners, Inc., John P Acunto John Commarano now remaining among the records of the court.  In testimony of this statement, I sign my name, and affix the seal of this court at ____Newark____ , in the State of New Jersey, this ____ , December 28, 2009 ____ .

[Seal of Court]

_____ ,
Clerk of the Bankruptcy Court

I, _Novalyn L. Winfield_ bankruptcy judge for this district certify that James J. Waldron is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

____December 28, 2009____
Date

_____
Bankruptcy Judge

I, James J. Waldron, clerk of the bankruptcy court for this district and keeper seal of the court certify that the Honorable____Novalyn L. Winfield____is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.  In testimony of this statement, I sign my name, and affix the seal of the court at ____Newark____ in the State of New Jersey, this ____December 28, 2009____ .

[Seal of Court]

_____
Clerk of Bankruptcy Court

B 131/Rev.9/94